ORIGINAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

U.S. DISTRICT COURT FILED NOV 02 2018 DS S.D. OF N.Y.

United States of America
v.

NATALIE MAYFLOWER SOURS EDWARDS
*Defendant*

18 MAG 8861

## APPEARANCE BOND

### Defendant's Agreement

I, NATALIE MAYFLOWER SOURS EDWARDS *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ☒ ) to appear for court proceedings;
( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or
( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☒ ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ **100,000.00** .

( ☐ ) (3) This is a secured bond of $ ______________ , secured by:

( ☐ ) (a) $ ______________ , in cash deposited with the court.

( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: November 2, 2018

*Defendant* **NATALIE MAYFLOWER SOURS EDWARDS** *signature*

*Surety/property owner* – ***ARCHIE WOODROW SOURS, JR.***
***November 2, 2018***

*Surety/property owner – signature and date*

*Surety/property owner – **MARTHA ANNETTE BIRDIE ADKINS** SOURS*
*November 2, 2018*

*Surety/property owner – signature and date*

*Surety/property owner – printed name*

*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: November 2, 2018

*Signature of Clerk or Deputy Clerk*

Approved.

Date: November 2, 2018

*AUSA DANIEL RICHENTHAL signature*

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America
v.
**NATALIE MAYFLOWER SOURS EDWARDS**
*Defendant*

Case No. **18 MAG 8861**

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: ______________________________
*Place*

______________________________

on ______________________________
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization ______________________
Address *(only if above is an organization)* ______________________
City and state ______________________ Tel. No. ______________

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: ______________________ ______________
*Custodian* *Date*

( ☒ ) (7) The defendant must:

( X ) (a) submit to supervision by and report for supervision to the **PRE-TRIAL SUPERVISION AS DIRECTED** ,
telephone number ____________ , no later than ______________ .

( X ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

( ☒ ) (d) surrender any passport to: **PRE-TRIAL SERVICES**

( ☒ ) (e) not obtain a passport or other international travel document.

( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel:
**SDNY & EDNY AND EXTENDED TO INCLUDE THE EDVA, DC, AND POINTS BETWEEN FOR THIS CASE**

( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: ______________________

( ☐ ) (h) get medical or psychiatric treatment: ______________________

( ☐ ) (i) return to custody each __________ at ________ o'clock after being released at __________ o'clock for employment, schooling, or the following purposes: ______________________

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( X ) (k) not possess a firearm, destructive device, or other weapon.

( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☒ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(   ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from __________ to __________ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

( ☐ ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ☐ ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADDITIONAL CONDITIONS OF RELEASE

( ☒ ) (s) **$100,000.00 PRB; CO-SIGNED BY 2 FRP'S TRAVEL LIMITS INCLUDE THE SDNY & EDNY AND EXTENDED TO INCLUDE THE EDVA, DC, AND POINTS BETWEEN FOR THIS CASE; SURRENDER OF TRAVEL DOCUMENTS AND NO NEW APPLICATIONS; PRE-TRIAL SUPERVISION AS DIRECTED; DEFENDANT IS TO CONTINUE OR SEEK EMPLOYMENT; DEFENDANT IS TO BE RELEASED UPON OWN SIGNATURE; DEFENDANT IS PROHIBITED FROM ACCESSING, INCLUDING ELECTRONICALLY , ANY FINCEN PROPERTY OR DATABASE WITHOUT EXPRESS PERMISSION OF THE DIRECTOR OF FINCEN OR HIS DESIGNEE, AND PRETRIAL; DEFENDANT MAY NOT HAVE CONTACT WITH ANY WITNESS, INCLUDING CC1 OR REPORTER 1, EXCEPT IN THE PRESENCE OF COUNSEL; DEFENDANT MAY NOT POSSESS ANY FIREARMS. THIS PROHIBITION DOES NOT PROHIT FIREARMS TO BE STORED IN A SAFE WHERE THE DEFENDANT MAY RESIDE, SO AS LONG AS SHE DOES NOT HAVE ACCESS TO THE SAFE;  DEFENDANT MAY NOT CONSUME CONTROLLED SUBSTANCES WITHOUT A VALID PRESCRIPTION.**

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: **NATALIE MAYFLOWER SOURS EDWARDS 18 MAG 8861 11/2/18**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

**DEFENDANT RELEASED**

*Defendant* **NATALIE MAYFLOWER SOURS EDWARDS** *Signature*

*City and State*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ____________________

*Judicial Officer's Signature*

*Printed name and title*

AO 199C (Rev. 09/08) Advice of Penalties Page ________ of ________ Pages

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL

Southern District of New York
The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan
Eastern District of New York
Brooklyn (Kings County)
Queens (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)
Sullivan
Dutchess
Orange
Putnam
Westchester
Rockland
Suffolk
Nassau
Manhattan
Queens
Brooklyn

ORIGINAL

DOCKET No. 18 Mag 8861

DEFENDANT Natalie Mayflower Sours Edwards

AUSA Daniel Richenthal

DEF.'S COUNSEL Marc Agnifilo

☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ ________ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.

☐ Other: ________

DATE OF ARREST 10/16/18

TIME OF ARREST ________

TIME OF PRESENTMENT 2:30

☐ VOL. SURR.

☐ ON WRIT

**BAIL DISPOSITION**

☐ SEE SEP. ORDER

☐ SEE TRANSCRIPT

☐ DETENTION ON CONSENT W/O PREJUDICE

☐ DETENTION: RISK OF FLIGHT/DANGER

☐ DETENTION HEARING SCHEDULED FOR: ________

☑ AGREED CONDITIONS OF RELEASE

☑ DEF. RELEASED ON OWN RECOGNIZANCE

☑ $ 100,000 PRB ☑ 2 FRP

☐ SECURED BY $ ________ CASH/PROPERTY: ________

☑ TRAVEL RESTRICTED TO SDNY/EDNY/ED Virginia, DC, SDNY (for this case) and pointS in between.

☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES

☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☑ AS DIRECTED BY PRETRIAL SERVICES

☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS

☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ ELECTRONIC MONITORING ☐ GPS

☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☑ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM

☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET

☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: ________ ; REMAINING CONDITIONS TO BE MET BY: ________

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

--Defendant is prohibited from accessing, including electronically, any FinCEN property or database without the express permission of the Director of FinCEN or his designee, and Pretrial.

-- Defendant may not have contact with any witnesses, including "CC1" or "Reporter 1," except in the presence of counsel.

--Defendant may not possess any firearms. This prohibition does not prohibit firearms to be stored in a safe where the defendant may reside, so long as she does not have access to the safe.

--Defendant may not consume controlled substances without a valid prescription.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY

☐ CONFERENCE BEFORE D.J. ON ________

☐ DEF. WAIVES INDICTMENT

☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL ________

For Rule 5(c)(3) Cases:

☐ IDENTITY HEARING WAIVED

☐ DEFENDANT TO BE REMOVED

☐ PRELIMINARY HEARING IN SDNY WAIVED

☐ CONTROL DATE FOR REMOVAL: ________

PRELIMINARY HEARING DATE: 12/3/2018

☑ ON DEFENDANT'S CONSENT

**DATE:** 11/2/2018

[signature]

**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

WHITE (original) – COURT FILE  PINK – U.S. ATTORNEY'S OFFICE  YELLOW – U.S. MARSHAL  GREEN – PRETRIAL SERVICES AGENCY

Rev'd 2016