UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA

- v. -

NATALIE MAYFLOWER SOURS EDWARDS,
  a/k/a "Natalie Sours,"
  a/k/a "Natalie May Edwards,"
  a/k/a "May Edwards,"

                Defendant.

------------------------------------- x

Waiver of Indictment

19 Cr. __ (GHW)

18 Mag. 8861

**19 CRIM 064**

**JUDGE WOODS**

The above-named defendant, who is accused in one count of violating Title 18, United States Code, Section 371, and in one count of violating Title 31, United States Code, Section 5322, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
NATALIE MAYFLOWER SOURS EDWARDS
Defendant

_____
Witness

_____
Jacob Kaplan, Esq.
Counsel for Defendant

Date:  New York, New York
        January 30, 2019

USDC
DOCUMENT
ELECTRONICALLY FILED
JAN 3 0 2019