

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2019
```

February 14, 2019

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re:   *United States v. Natalie Mayflower Sours Edwards,*
      **19 Cr. 64 (GHW)**

Dear Judge Woods:

With consent of the defendant in the above-captioned matter, the Government respectfully requests that the Court sign and docket the enclosed proposed protective order concerning discovery.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: s/ Daniel C. Richenthal
    Kimberly J. Ravener
    Daniel C. Richenthal
    Assistant United States Attorneys
    (212) 637-2358/2109

Enclosure

cc:   (by ECF)

      Counsel of Record

Application granted. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.

Dated: February 15, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge