UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THE UNITED STATES OF AMERICA

          -v-                                                NOTICE OF APPEARANCE

NATALIE MAYFLOWER SOURS EDWARDS,        19 Cr. 64 (GHW)
a/k/a "Natalie Sours,"
a/k/a "Natalie May Edwards,"
a/k/a "May Edwards,"
                            Defendant.
-----------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Marc Agnifilo, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, NY 10017, is appearing for Defendant Natalie Mayflower Sours Edwards in the above-captioned matter.

                                                                       /s/
                                              Marc Agnifilo, Esq.
                                              Brafman & Associates, P.C.
                                              767 Third Avenue, 26th Floor
                                              New York, NY 10017
                                              Phone: (212) 750-7800
                                              Fax: (212) 750-3906
                                              E-mail: magnifilo@braflaw.com

Dated: February 15, 2019
       New York, NY