

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2019

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Natalie Mayflower Sours Edwards*,
             19 Cr. 64 (GHW)

Dear Judge Woods:

      On behalf of both parties in the above-captioned matter, the Government respectfully writes to request that (a) the status conference, scheduled for this Tuesday, April 2, 2019, at 4:00 p.m., be adjourned for approximately one month, to a date and time convenient for the Court, and (b) time be excluded under the Speedy Trial Act between April 2 and the next conference date to permit additional time for the Government to prepare and produce discovery, the defendant to review discovery and contemplate potential motions, and the parties to discuss a potential disposition of this matter.

                                Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                United States Attorney

                       By: s/ Daniel C. Richenthal
                            Kimberly J. Ravener
                            Daniel C. Richenthal
                            Assistant United States Attorneys
                            (212) 637-2358/2109

cc:    (by ECF)

       Counsel of Record