# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

April 1, 2019

VIA ECF

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Natalie Mayflower Sours Edwards, 19 Cr. 64 (GHW)

Dear Judge Woods:

    We represent the defendant in the above-captioned case and write to join in the government's motion that the status conference currently scheduled for April 2, 2019 be adjourned for approximately one month. (See Dkt. 22.) The defendant also agrees that time can be excluded under the Speedy Trial Act between April 2, 2019 and the next conference date for the government to prepare and produce discovery and for the defendant to review discovery and contemplate potential motions.

                      Respectfully submitted,

                      Jacob Kaplan
                      Teny R. Geragos

cc:    All Counsel (via ECF)