```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :

UNITED STATES OF AMERICA,    :

                    -v-                    :            1: 19-cr-00064-GHW

NATALIE MAYFLOWER SOURS    :            ORDER
EDWARDS,

                  Defendant.  :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       Upon the application of the United States of America, by and through Geoffrey S. Berman, United States Attorney for the Southern District of New York, Daniel C. Richenthal and Kimberly J. Ravener, Assistant United States Attorneys, of counsel, and with the consent of Natalie Mayflower Sours Edwards, by and through her attorneys, Teny R. Geragos and Jacob Kaplan, it is hereby ORDERED that the pretrial conference in this case is continued from April 2, 2019 to May 2, 2019 at 10:00 a.m.

       The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and permit the defendant and her counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through May 2, 2019 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is directed to terminate the motion pending at Dkt. No. 22.

       SO ORDERED.

Dated: April 1, 2019
New York, New York

                                                                       GREGORY H. WOODS
                                                                 United States District Judge