USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/03/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA, :
:
-v- : 1:19-cr-00064-GHW
:
NATALIE MAYFLOWER SOURS : ORDER
EDWARDS, :
:
Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Trial in this matter will commence on January 21, 2020 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than November 8, 2019. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed.

The parties are further directed to submit (1) a brief, mutually acceptable description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than November 8, 2019. If the parties are unable to agree on the language of such a short overview of the applicable law, they are directed to notify the Court of that fact by the same date.

The Court will hold a final pretrial conference in this matter on January 7, 2020 at 4:00 p.m.

SO ORDERED.

Dated: May 3, 2019
New York, New York

                                                     GREGORY H. WOODS
                                              United States District Judge