

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2019

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Natalie Mayflower Sours Edwards*,
              19 Cr. 64 (GHW)

Dear Judge Woods:

      The Government respectfully writes, on behalf of both parties in the above-captioned matter, to jointly request an adjournment of the current pretrial deadlines—including motions *in limine*, requests to charge, and voir dire—for approximately six weeks, until December 20, 2019 or thereafter. In addition, the parties jointly request an adjournment of the current trial date for a period of at least four weeks, with leave to confer regarding potential alternative trial dates and report back to the Court within one week. The parties have been engaged in productive discussions relating to a potential disposition of this matter, and the adjournment would permit the parties an opportunity to further those discussions towards a possible resolution. In the event that a resolution cannot be reached, the adjournment of the trial and associated deadlines would also permit the defense additional time to prepare for trial and review discovery, including but not limited to material that is pending production pursuant to the entry of the Government's proposed Classified Information Procedures Act protective order.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney

               By:    <u>s/ Daniel C. Richenthal</u>
                       Kimberly J. Ravener
                       Daniel C. Richenthal
                       Assistant United States Attorneys
                       (212) 637-2358/2109

cc:      (by ECF)

          Counsel of Record