UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA       :
                               :   **NOTICE OF APPEARANCE & REQUEST**
     v.                        :   **FOR ELECTRONIC NOTIFICATION**
                               :
NATALIE EDWARDS,               :   **19 Cr. 64 (GHW)**
                               :
          Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                      Respectfully submitted,

                      GEOFFREY S. BERMAN
                      United States Attorney for the
                      Southern District of New York

                 by: /s/ Maurene Comey
                     Maurene Comey
                     Assistant United States Attorney
                     (212) 637-2324