```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                             :

UNITED STATES OF AMERICA,          :

                -v-                      :          1:19-cr-00064-GHW

NATALIE MAYFLOWER SOURS        :          <u>ORDER</u>
EDWARDS,                                         :

                            Defendant.  :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       Due to a conflict on the Court's calendar, the final pretrial conference currently scheduled for February 28, 2020 will proceed on February 21, 2020 at 10:00 a.m.

       SO ORDERED.

Dated:  December 30, 2019
New York, New York

                                                          GREGORY H. WOODS
                                                   United States District Judge