# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
———
MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

April 29, 2020

BY ECF
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>United States v. Natalie Mayflower Sours Edwards</u>, 19 Cr. 64 (GHW)

Dear Judge Woods:

      We represent the defendant in the above-referenced case, which is currently scheduled for sentencing on July 8, 2020. On April 3, 2020, the Probation Department issued its draft report, with the final report due on May 1, 2020. We write now, without objection by the government or the Probation Department, to extend the due date for the final report to May 15, 2020, to allow the defense to adequately address its objections to the draft report.

      Respectfully submitted,

*Jacob Kaplan*

Jacob Kaplan, Esq.

cc:    Government Counsel (via ECF)
        U.S. Probation Officer Meaghan E. Biggs (via email)