**MEMORANDUM ENDORSED**

**BRAFMAN & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2020

April 29, 2020

BY ECF
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>United States v. Natalie Mayflower Sours Edwards</u>, 19 Cr. 64 (GHW)

Dear Judge Woods:

    We represent the defendant in the above-referenced case, which is currently scheduled for sentencing on July 8, 2020. On April 3, 2020, the Probation Department issued its draft report, with the final report due on May 1, 2020. We write now, without objection by the government or the Probation Department, to extend the due date for the final report to May 15, 2020, to allow the defense to adequately address its objections to the draft report.

                        Respectfully submitted,

                        *Jacob Kaplan*

                        Jacob Kaplan, Esq.

cc:    Government Counsel (via ECF)
        U.S. Probation Officer Meaghan E. Biggs (via email)

---

Application granted. The due date for the final report is extended to May 15, 2020.
Separately, the Coronavirus Aid, Recovery, and Economic Security Act (the "CARES Act") permits the Court to conduct certain criminal proceedings remotely with the defendant's consent. The Court requests that the defendant consider whether she is willing to consent to conduct the sentencing by remote means in accordance with the CARES Act. If so, she is directed to indicate that fact in her sentencing submission, and her counsel is directed to confer with the United States to complete a written consent document in the form that is currently being used to document such consents with such modifications as the parties may deem appropriate.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 40.
SO ORDERED
April 29, 2020    _____
                        GREGORY H. WOODS
                     United States District Judge