```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                   :

UNITED STATES OF AMERICA,         :

                                                   :

                      -v-                           :                           1:19-cr-00064-GHW

                                                   :

NATALIE MAYFLOWER SOURS         :                              ORDER
EDWARDS,                                        :

                                                  :

                               Defendant.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 29, 2020, counsel for the defendant requested an extension of the deadline for the pre-sentence report to May 15, 2020. Dkt. No. 40. The application did not disclose that the defendant had not met the 14 day deadline for the submission of objections to the draft pre-sentence report. *See* Fed. R. Crim. P. 32(f). As a result, the Court understood that the defendant's objections had been timely submitted and that the additional time requested was to permit the parties to work through objections interposed by the defendant. The Court granted the requested extension for the final report on April 29, 2020. Dkt. No. 41.

The Court has been informed that the defendant did not submit her objections to the draft report until May 15, 2020, nearly six weeks after the delivery of the draft report. The Court requests that counsel for the defendant submit a status letter to the Court with respect to this issue, setting forth, among other things, the position of the parties regarding the effect of the defendant's delayed response to the draft report, including any impact on the proposed sentencing date. Counsel for the defendant is directed to submit that letter to the Court no later than May 21, 2020.

To the extent that the nature or extent of the defendant's objections may require resolution through a *Fatico* hearing, the Court requests that the parties inform the Court promptly so that one can be scheduled.

SO ORDERED.

Dated: May 18, 2020

                                                     GREGORY H. WOODS
                                                  United States District Judge