

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 5, 2020

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Natalie Mayflower Sours Edwards*,
             **19 Cr. 64 (GHW)**

Dear Judge Woods:

    The Government respectfully requests that the Court order the Clerk to terminate the appearance of undersigned counsel in this matter. AUSAs Daniel C. Richenthal and Kimberly J. Ravener will remain counsel of record in the case.

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                  United States Attorney

                      By: s/ Maurene Comey_____
                          Maurene Comey
                          Assistant United States Attorney
                          (212) 637-2324

cc:    All Counsel of Record (by ECF)