U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/20

June 5, 2020

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Natalie Mayflower Sours Edwards*,
           19 Cr. 64 (GHW)

Dear Judge Woods:

    The Government respectfully requests that the Court order the Clerk to terminate the appearance of undersigned counsel in this matter. AUSAs Daniel C. Richenthal and Kimberly J. Ravener will remain counsel of record in the case.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

    By: s/ Maurene Comey_____
        Maurene Comey
        Assistant United States Attorney
        (212) 637-2324

cc:    All Counsel of Record (by ECF)

    Application granted. The Clerk of Court is directed to terminate the appearance of Ms. Comey in this case.

SO ORDERED
June 5, 2020

_____
GREGORY H. WOODS
United States District Judge