USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                               :

UNITED STATES OF AMERICA,       :

                                               :

                    -v-                  :                1:19-cr-00064-GHW

                                               :

NATALIE MAYFLOWER SOURS   :                  ORDER
EDWARDS,                                :

                                               :

                           Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      As described in the Court's June 23, 2020 order, Dkt. No. 43, the defendant provided an *ex parte* submission to the Court. The defendant has since submitted another letter to the Court, which the Court has directed to be filed on the docket of this case. In the Court's June 23, 2020 order, the Court requested "the defendant inform the Court of the defendant's position" regarding the defendant's consent to proceed by electronic means. *See* Dkt. No. 43 at 2. And Dr. Sours Edwards wrote the Court on that topic in the letter that the Court expects will be posted to the docket during the day tomorrow.

      For the sake of clarity, the Court does not invite communications from Dr. Sours Edwards directly. As a general matter, the Court expects that all communications from and on behalf of a party will come from their counsel; the Court does not generally accept *ex parte* submissions from parties. The Court's order was written with the expectation that counsel for the defendant, not the defendant herself, would respond to the Court's inquiry on her behalf. Again, the convention is that that represented parties address the Court through counsel, and that counsel provides written submissions to the Court on a party's behalf. Going forward, the Court hopes that the parties will be mindful of that default principle.

In order to discuss Dr. Sours Edwards' June 23, 2020 *ex parte* communication with the Court, the Court wishes to hold a conference. Accordingly, it is hereby

ORDERED that a conference is scheduled for June 29, 2020 at 11:00. The conference will take place by Skype for Business videoconference. To access the conference, paste the following link into your browser:

https://meet.lync.com/fedcourts-nysd/gregory_woods/MNBEGIGU

To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Users who do not have an Office 365 account may use the "Join as Guest" option. When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business. For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

---

[1] *See* Microsoft, *Install Skype for Business* (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.
[2] *See, e.g.*, Microsoft, *Skype for Business on Mac* (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

Call-in number: 1-917-933- 2166

Conference ID: 405688264

Dated: June 24, 2020

_____<br>
Gregory H. Woods<br>
United States District Judge