*Dr. Natalie Mayflower Sours Edwards*
19 Cr. 64 (GHW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2020

PO Box 510 Quinton VA 23141
804.295.6031
may-dave@msn.com

June 24, 2020

**United States Federal Court Southern District of New York (SDNY)**
*Honorable Judge Gregory H. Woods*
ATTN: Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
WoodsNYSDChambers@nysd.uscourts.gov

Honorable Judge Woods,

I am currently working with Classified Information Security Officer Daniel Hartenstine of the U.S. Department of Justice for the proper review and redaction of sensitive or classified nature documents pursuant to the WPA so that the substantial portion of the submission can be shared with both parties and their counsel in order to permit the Court and parties to evaluate and fully address the issues raised. I am currently working with my counsel to identify any portions of the submission that should be redacted as privileged.

I am willing to proceed with the conference by remote means and thank the Court for the offer. I am not confident CISO Hartenstine and I will finalize the review by COB June 25, 2020 and request the Court consider scheduling the videoconference once CISO Hartenstine and I have completed the redactions.

Executed on: June 24, 2020

By: Dr. Natalie Mayflower Sours Edwards
Defendant

▬▬▬▬▬▬

| | |
|---|---|
| **From:** | May E <May-Dave@msn.com> |
| **Sent:** | Wednesday, June 24, 2020 3:50 PM |
| **To:** | Woods NYSD Chambers |
| **Cc:** | Hartenstine, Daniel O (JMD) |
| **Subject:** | RE: Urgent—Confidential/Sensitive Email—ONLY for Judge Gregory H. Woods (Case 1:19-cr-00064-GHW) |
| **Attachments:** | 19 Cr 64 (GHW) 6.24.2020 (Court Order Response).pdf; GHW 6 22 20 Order.pdf |

**19 Cr. 64 (GHW)** Natalie Mayflower Sours Edwards.

This is my Court Ordered Letter in response to the Hon. Judge Woods Court Order Case 1:19-cr-00064-GHW.

V/r
Dr. Natalie Edwards

1

```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 6/22/20
------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA,                     :
                                              :
                 -v-                          :     1:19-cr-00064-GHW
                                              :
NATALIE MAYFLOWER SOURS                       :     ORDER
EDWARDS,                                      :
                                              :
                              Defendant.      :
------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

Earlier today, the Court received an *ex parte* submission from the defendant via email. The Court wishes to schedule a conference to discuss the issues raised by that submission. The Court directs the parties to do the following to assist it in scheduling a prompt conference.

First, the Court requests that Dr. Sours Edwards provide a copy of her submission to her counsel. The Court is limited in its ability to consider information that is not also presented to the parties and their counsel for evaluation and comment. To the extent that the submission contains information of a sensitive or classified nature, the information should be shared with defense counsel in a manner that complies with applicable law and regulation. Daniel Hartenstine of the U.S. Department of Justice is available to coordinate the proper handling and review of any such information. The Court's preliminary assessment of the submission suggests that the Court should share a substantial portion of the submission with both parties and their counsel in order to permit the Court and the parties to evaluate and fully address the issues raised. At the same time, the submission includes attorney-client communications, which are properly protected. The Court requests that counsel for the defendant work to identify any portions of the submissions that should be redacted as privileged.

Second, the Court requests that counsel for Dr. Sours Edwards confer with her regarding her willingness to proceed with the conference by remote means. The Court requests that the defendant inform the Court of the defendant's position by letter submitted no later than June 24, 2020 to the extent feasible. With that information in hand, the Court will schedule the conference. If the defendant consents to a remote proceeding, the Court anticipates that it will be scheduled via Skype videoconference later this week.

SO ORDERED.

Dated: June 22, 2020

GREGORY H. WOODS
United States District Judge