AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ⊙

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-cr-00064 (GHW) |
| Natalie Mayflower Sours Edwards | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Natalie Mayflower Sours Edwards                                                                                                        .

Date:        7/16/2020

*Attorney's signature*

Stephanie Carvlin sc9168

*Printed name and bar number*
140 Broadway, Suite 4610
New York, New York 10005

*Address*

carvlin@hotmail.com

*E-mail address*

212-748-1636

*Telephone number*

212-858-7750

*FAX number*

Print       Save As...                                                                      Reset