# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

July 16, 2020

Honorable Gregory H. Woods
United State District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

    Re:   <u>United States v. Natalie Mayflower Sours Edwards</u>
           19-cr-00064 (GHW)

Dear Judge Woods:

    As the Court knows, I was assigned as counsel to Dr. Sours Edwards to address with her the issues she raised in three *pro se ex parte* communications to the Court, which she sent on or about June 21, 2020. I have read the documents thoroughly and discussed the contents with Dr. Sours Edwards. She has authorized me to seek permission from the Court to withdraw the submissions. To the extent the Court has read the documents, I ask that their contents not be considered further by the Court. I believe this obviates the need to address any redaction issues raised by the material. I have consulted with the Assistant United States Attorneys who are representing the government in this case as well as with counsel for Dr. Sours Edwards, Jacob Kaplan, and the government has no objection to this request.

    Dr. Sours Edwards also seeks a change of counsel. I have advised counsel for Dr. Sours Edwards and the government of this. I ask that the Court hold a conference to address this issue. All the parties and Dr. Sours Edwards have easy availability on Tuesday, July 21, 2020, and we will, of course, make ourselves available at any other time dictated by the Court.

                                               Sincerely,

                                               Stephanie Carvlin

cc: AUSA Kimberly J. Ravener
    AUSA Daniel C. Richenthal
    Marc Agnifilo, Esq.
    Jacob Kaplan, Esq. (via ECF)