```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -v-                                1:19-cr-00064-GHW

    NATALIE MAYFLOWER SOURS              ORDER
    EDWARDS,

                 Defendant.
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On July 21, 2020, a representative of Inner City Press requested that the Court file on the public docket of this case copies of materials that the defendant had previously submitted to the Court *ex parte*. See Dkt. No. 60. Those documents were discussed during a conference on July 21, 2020. During that conference, the Court granted the defendant's request that the Court not consider the materials submitted by the defendant to the Court *ex parte* in connection with her case.

       The Court directs that counsel for the defendant respond to the application no later than July 30, 2020. To the extent that the United States wishes to be heard with respect to the application it is directed to respond by the same date. Any reply in support of the application must be filed no later than August 6, 2020.

       SO ORDERED.

Dated: July 22, 2020
New York, New York

                                                                    GREGORY H. WOODS
                                                            United States District Judge