**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/20

# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

July 27, 2020

The Honorable Gregory H. Woods
United State District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

Re:   United States v. Natalie Mayflower Sours Edwards
      19-cr-64 (GHW)

Dear Judge Woods:

As directed by the Court at the July 21, 2020 conference, the parties have consulted, and I write to propose the following. I ask that the Court sentence Dr. Sours Edwards during the week of October 26, 2020, at any date and time other than 4:00 p.m. to 6:00 p.m. on October 26. If the Court agrees, the defense would file its sentencing memorandum three weeks before the sentencing date. The government's sentencing submission would be due one week before the sentencing date. The government has no objection to this schedule. Additionally, the parties agree that the Court does not need to make a *Curcio* inquiry with respect to my entry into the case.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc:   AUSA Daniel C. Richenthal
      AUSA Kimberly J. Ravener  (via ECF)

Application granted.  The sentencing hearing is adjourned to October 28, 2020 at 4:00 p.m. The sentencing will take place in Courtroom 12C, United States Courthouse, 500 Pearl Street, New York, NY 10007.  The defendant's sentencing submissions are due no later than October 7, 2020; the Government's sentencing submissions are due no later than October 21, 2020.
SO ORDERED
July 27, 2020

_____
GREGORY H. WOODS
United States District Judge