USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2020

# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

September 29, 2020

**MEMORANDUM ENDORSED**

Honorable Gregory H. Woods
United State District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

Re:   United States v. Natalie Mayflower Sours Edwards
      19-cr-00064 (GHW)

Dear Judge Woods:

I write to request that the Court extend by five days my deadline for filing a sentencing submission on Dr. Mayflower Sours Edwards' behalf. I seek this additional time for several reasons. The quantity of the material I have had to review is greater than I anticipated. While the bulk of my sentencing submission will not focus on the offense conduct, I need to review much of the discovery and other materials provided by my client to address this component of sentencing. Additionally, in the past month, I have had to file a principal brief in an appeal pending in the Second Circuit, and a reply brief on a different case. I had an oral argument before the Circuit, which required preparation, on August 28, 2020. I have another argument in the Court on October 1, 2020. Finally, consulting with Dr. Sours Edwards about issues related to her sentencing is particularly time-consuming given that we are unable to meet in person. An hour on the phone is not the equivalent of an hour meeting in person.

I have consulted with the government, and the government has no objection to this request. We propose the following schedule:

| | |
|---|---|
| Defense sentencing submission | October 12, 2020 |
| Government submission | October 26, 2020 |
| Sentencing | November 2, 2020, or thereafter at the Court's convenience |

I have made no prior request for this relief.

I appreciate the Court's consideration of this request.

Respectfully submitted,

cc: AUSA Daniel Richenthal
AUSA Kimberly Ravener

Application granted. Sentencing in this matter is adjourned to November 9, 2020 at 10:00 a.m. Defendant's sentencing submissions are due no later than October 12, 2020. The Government's sentencing submissions are due no later than October 26, 2020.

SO ORDERED.

Dated: September 30, 2020
New York, New York

GREGORY H. WOODS
United States District Judge