# LAW OFFICE OF

## STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.	TELEPHONE: 212-748-1636
	FAX: 212-858-7750
	E-MAIL: CARVLIN@HOTMAIL.COM

October 14, 2020

Honorable Gregory H. Woods
United State District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

>	Re:	United States v. Natalie Mayflower Sours Edwards
>		19-cr-00064 (GHW)

Dear Judge Woods:

     I write to ask that the Court extend my time for filing a public version of my sentencing submission until October 23, 2020. The reason for this request is that some of the material that is cited in the submission and the accompanying exhibits is covered by the Protective Order and contains material that is "restricted or confidential" under the order or is otherwise sensitive. The parties need additional time to determine what material may be filed by ECF and what material must be filed under seal or in a redacted form. This requires the government to confer with other federal agencies. The parties are working to come to an agreement on this issue and anticipate being able to do so by October 23.

     Since the government and the Court already have the full version of the sentencing submission and exhibits, granting this request need not delay sentencing.

	Respectfully submitted,

	_____/s_____

cc:	AUSA Daniel Richenthal
	AUSA Kimberly Ravener