Judge Woods

I am writing this letter on behalf of May Sours Edwards and her family. I have known Mayflower since she was born and her Mother, Father and extended family for as long as I can remember. Even though I am from the Upper Mattaponi Tribe and she is a citizen of the Chickahominy Tribe our relationships both Tribal and personal have always been strong bonds. I have watched May grow into a fine person both as a Mother and an involved tribal member. She has always been involved in the cultural growth and advancement of her Tribe, never hesitating to volunteer her time and energy to advance the goals and dreams of her Tribe and all Native people of Virginia. She has made the Tribal communities extremely proud of her achievements both intellectually and emotionally. Her Grandmother, Mother and Father have always guided her in the ways of her forefathers and she accepted these responsibilities as a personal duty. As Chief of the Upper Mattaponi Indian Tribe, I am honored to call Mayflower Sours Edwards my friend. Thanks you

**W. Frank Adams**
*Chief*
**Upper Mattaponi Indian Tribe**

King William, Virginia 23086
(804) 769-
www.UMITRIBE.org