| | |
|---|---|
| From: | Edwards, May |
| To: | "█████@treasury.gov" |
| Cc: | █████ |
| Subject: | TFI-FinCEN-OIA |
| Date: | Thursday, August 11, 2016 8:07:00 PM |
| Attachments: | Consolidated_Appropriations_Act_2016.pdf |

Hi Mr. █████ –

By way of introduction, I am Mr. █████s, Associate Director of Intelligence Division, Senior Advisor on Tradecraft and Process. In my many conversations with █████ she referenced you several times, so by way of virtual communication I would like to say hello and thank you for all the support you continue to provide FinCEN and Ms. █████ (as I refer to her). She speaks very highly of you. In my conversations with her, several concerns about the approach, authorities, and legality arose. I am aware of the meeting tomorrow; however, I will not be in attendance – but █████ will be there for us.

I feel it is important for FinCEN and Main Treasury to be aware of the potential pitfalls and opportunities for success in this endeavor. We all want to play in the same sandbox, but I just want to make sure we are all playing with the same texture of sand and not mud. I am not by any means stating there will be an audit; however, I want to make sure we have all the facts if it does, and normally when Congress is involved, the audit is not too far behind. Having come from the IC (ODNI), I have been a part of many IC IG Audits and one thing you learn quickly is 1) accountability, 2) do not throw away ANY financial statements, MOU/MOAs, or invoices, 4) answer only the questions asked by the auditors, 5) forward ALL copies of all written communications referencing the audit scope and documents being audited to the auditor, and 5) what the term "artifacts" actually means (and it not all rosey).

We do not understand the intent of detailing a part of our workforce to OIA. We have asked the question why, but received no concrete answer. We have suggested ideas, not actually understanding the intent, to assist OIA. Do they need contractor support? Do they need researchers? Do they need training on our analytical tools? █████████████████████

I know I left the IC a little over two years ago and perhaps policies/authorities have drastically changed; but:

File Number: DI-17-3700;
File Number: MA-17-3685                    10/27/2017                    Page 211 of 296



We really are trying hard to make this work for everyone, but we cannot play as a team if we do not understand the end goal (intent).

Questions:

1. What is the end goal/intent?

Thanks so much for your time on just reading this lengthy but rather important email for our workforce.

May


V/r
May
----------------
Dr. May Edwards
Senior Advisor Tradecraft and Process