## Re: FinCEN/OIA Realignment

May E
Fri 9/16/2016, 3:49 PM
To: ██████████ (Intelligence) ██████████ssci.senate.gov>
██-

I really appreciate your prompt response. For full transparency, I do want you to know that I have declared whistle-blower protection. I have also reached out the SSCI Majority Staff Director, HPSCI Minority Budget Director, Senate Appropriations Majority Clerk, Senate Appropriations Majority Clerk, and House Banking Committee. I could no longer stand by watching this unfold, watching FinCEN managements voices being ignored at TFI, Congressional direction being ignored, potential augmentation of appropriations, and potentially having our folks put in a situation that I know was wrong.
I am willingly to discuss this matter further ...

May

**From:** ██████████(Intelligence) ██████████@ssci.senate.gov>
**Sent:** Friday, September 16, 2016 3:12 PM
**To:** May E
**Subject:** RE: FinCEN/OIA Realignment

Thank you for your note. I have forwarded to our counsels.

r/

**From:** May E [mailto:██████████]
**Sent:** Friday, September 16, 2016 12:55 PM
**To:** ██████████ Intelligence) <J██████████ ssci.senate.gov>; ██████████ouse.gov ██████████ (Appropriations) ██████████appro.senate.gov>; ██████████ a
**Subject:** FinCEN/OIA Realignment
**Importance:** High

Good Afternoon ██████████-

I have several friends that know each of you and have passed all of your information to me. I have grave concerns that I would like to bring to everyone's attention.

I have been provided written communication from my Federal employer stating that FinCEN staff has been instructed to NOT engage with the Hill either responsive or pro-actively with respect to the detailing of FinCEN staff to OIA and the TFI alignment

I am appalled that I would be "instructed" that I cannot reach out to Congress or my Congressmen concerning this matter, practically when other emails indicate TFI management has ignored instructions by Congress to not move forward without approval. I am very concerned that many of the legal concerns and questions raised by staff regarding misappropriation of funds and OIA's apparent "domestic" intelligence authorities have been flagged and ignored by senior TFI management.

In addition, I have attached a briefing deck, please note the reference to a "list" on slide 5. Again, I do not think we can legally or ethically provide a "list" of our employee's names to TFI/OIA. Our folks are under competitive service and are protected by the merit principles and merit protection board. OIA is a member of the IC and falls under 12333 which has different authorities/appropriations and is in the excepted service. As a competitive service employee I adhere to the merit systems principles, which specifically state:

> 4. All employees should maintain high standards of integrity, conduct, and concern for the public interest.
> 5. The Federal work force should be used efficiently and effectively.
>
> 8. Employees should be--
>     A. protected against arbitrary action, personal favoritism, or coercion for partisan political purposes, and
>     B. prohibited from using their official authority or influence for the purpose of interfering with or affecting the result of an election or a nomination for election.
>
> 9. Employees should be protected against reprisal for the lawful disclosure of information which the employees reasonably believe evidences--
>     A. a violation of any law, rule, or regulation, or
>     B. mismanagement, a gross waste of funds, an absence of authority, or a substantial and specific danger to public health or safety.

I cannot believe the gross negligence and disregard for legislative authorities, US laws/regulations, and specific guidance from Congress. Having come from ODNI, working many oversight items, this is by far the most unethical situation I have encountered.

I believe Congress is out of session next week; however, please let me know if any of you have any questions or if anyone would like to meet with me. This is extremely serious to me as I am willing to be available anytime, weekends included, as this is a direct impact upon our workforce. I am concerned about the impact on these individuals who may be directed to do something that is unethical and illegal, in which they do not understand and will latter be held accountable for the actions of TFI.

Please let me know when you receive this email as I have plenty more information to share.

TFI is forcing us to move forward with this on Tuesday of next week - I have it all in writing and attached are the notes from the TFI Executive Steering Committee meeting yesterday - telling FinCEN "thy shalt move forward with or without Congress approval".

May

V/r
Dr. May Edwards
[redacted]

-------------------------------
Here is the email I sent to [redacted] with appropriation concerns:

I know I left the IC a little over two years ago and perhaps policies/authorities have drastically changed; but:

We really are trying hard to make this work for everyone, but we cannot play as a team if we do not understand the end goal (intent).

Questions:

1. What is the end goal/intent?

Thanks so much for your time on just reading this lengthy but rather important email for our workforce.

May


V/r
May
----------------
Dr. May Edwards
Senior Advisor Tradecraft and Process


-----------------------------------------------------------------------------------------------------------------

Here is one of the email exchanges cut/paste - I can forward all of these too you.

------- Original message --------
From: ▮ fincen.gov>
Date: 9/15/2016 10:59 PM (GMT-05:00)
To: "▮@fincen.gov>, ▮ fincen.gov>, ▮ fincen.gov>
Cc: ▮ fincen.gov>, ▮@fincen.gov>, ▮ fincen.gov>
Subject: RE: Notes from 15 September ESG meeting


Sent via the Samsung GALAXY S® 5, an AT&T 4G LTE smartphone


--------
From ▮@fincen.gov>

Date: 9/15/2016 7:48 PM
To: "████████████████@fincen.gov>, "████████████████@fincen.gov>, ████████████@fincen.gov>
Cc: "████████████████@fincen.gov>, ████████████@fincen.gov>, "████████████@fincen.gov>
Subject: RE: Notes from 15 September ESG meeting

From ████████████
Sent: Thursday, September 15, 2016 4:46 PM
To: ████████████@fincen.gov>; ████████████@fincen.gov>; ████████████@fincen.gov>
Cc ████████████fincen.gov>; ████████████@fincen.gov>; ████████████@fincen.gov>
Subject: Notes from 15 September ESG meeting



[fincen logoatteb]