# EXHIBIT KKK

# Redacted – medical diagnosis or treatment