████████
Henrico, VA 23231
September 29, 2020

The Honorable Gregory H. Woods
United States District Court for the
Southern District of New York
140 Broadway, Suite 4610
New York, NY 10005

Re: Dr. Natalie Mayflower Sours Edwards

Your Honor:

I am writing this letter as a character reference, long-time acquaintance, coach and friend of Dr. Natalie Mayflower Sours Edwards.

My association with Dr. Edwards, Mayflower, as I know her, and her family goes back over 24 years. I served as a softball coach for a travel team in the community, (later coaching at Douglas Freeman High School in Henrico County) and had the privilege of coaching May as a student and young woman. She not only was extremely talented in playing the game, but was always dependable, dedicated and trustworthy. She served as a leader to the other players. Her love for the sport as well as the community was always evident. She had a joy and enthusiasm that was infectious. She made me a better coach because of her eagerness to learn, to be instructed and to give 150% when asked. Mayflower always exhibited a strong work ethic in whatever the task.

Through the years as I continued to have contact with Mayflower, her love and support of her family was always evident and a subject of the conversation. When I last ran into Mayflower, she had her teenage daughter with her. The first

thing she said about her daughter was "Coach, she loves to play softball, too." I could see the pride and joy of a mother passing on the love of the game and the shared memories.

Thank you for allowing me to share my knowledge and insight of Dr. Edwards. I consider it a privilege to know her, and to have watched her grow into the fine, accomplished woman she is today.

Sincerely,

/s/ Ted Grivetti

James T. (Ted) Grivetti