



Isabella (@WhyRUAnID10T) / Twi... ×

twitter.com/WhyRUanid10t

# Explore

⚙ Settings

← **Isabella**
3,161 Tweets

Follow

⟲ Isabella Retweeted

**MJ** @realmajordan · Sep 4
With the help of FOIA👑 Leopold #treasureNat

Ⓜ **Milli** @melisandrePro · Aug 26
@jsolomonReports Cut to the chase?

Jonathan Winer's APCO Worldwide was #Huawei lobbyist

Van Grack came in handy for Browder. Covington too.

Mrs. FBI Eckstut married to Covington Eckstut (October 2017 — Present )?

Natalie Mayflower Sours Edwards was framed. #ComeyTime

GIF

💬       ⟲ 5       ♡ 6       ⬆





← Milli on Twitter: "https://t.co/nnE   ✕   +

← → C   🔒 twitter.com/melisandrePro/status/1307749719137976320



🐦 Explore

\# Explore

⚙ Settings

← **Tweet**

↻ Isabella Retweeted



**Milli**
@melisandrePro

[buzzfeednews.com/article/jasonl...](buzzfeednews.com/article/jasonl...)

[@stranahan](@stranahan) step effect. 1st OCCRP or ICIJ, THEN
Buzzfeed. Or [#TheGuardian](#TheGuardian) then MSM. That way orig
story filed with * legal cases, orig proof exhibit.



> **InfoToadAlamode** @ToadInfo · Sep 20
> Replying to @MingGao26
> 'The FinCEN Files' releases TODAY Sept 20, 1pm EST on
> Buzzfeednews.com
> youtu.be/NWxw4ALlyTY
> Why Barr put daughter Mary in FinCEN with zero financial crime experience?

2:33 PM · Sep 20, 2020 · Twitter for iPhone

**1** Retweet   **2** Likes

💬          ↻          ♡          ↑

Q Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**



**Milli**
@melisandrePro                    Follow
The American Voter

**Lee Stranahan** ⏳✔
@stranahan                        Follow
Host of The Backstory on Radio
Sputnik. Populist artist tech nerd. In
Oliver Stone's Revealing Ukraine. The
King of Sioux Falls.

**InfoToadAlamode**
@ToadInfo                         Follow
Law & Order and our Constitution over
TOC Mobsters and their RU-Trump
GOP Toadies

**What's happening**

COVID-19 · Last night
**Volunteer who died in
AstraZeneca's COVID-19 vaccine
trial may have been part of a
placebo group**



US news · Earlier today

**Don't miss what's happening**
People on Twitter are the first to know.

Log in      Sign up

