# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

October 27, 2020

Honorable Gregory H. Woods
United State District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

    Re:    <u>United States v. Natalie Mayflower Sours Edwards</u>
             19-cr-00064 (GHW)

Dear Judge Woods:

    After consultation with the government, I write to correct an error I made in my sentencing submission for Dr. Sours Edwards. I represented that Exhibit KKK is a letter from Dr. Edwards' doctor to the Court. The exhibit in fact is Dr. Edwards' description of her medical conditions, diagnoses and treatment. She advises me that she prepared the letter in response to a request for the information from Pretrial Services and her prior counsel. I incorrectly believed that it was a letter from Dr. Edwards' treating physician. I apologize for the error.

    In addition, I filed Exhibit JJJ under seal. On further reflection and following discussions with the government, I believe that the exhibit should be filed in redacted form. A copy of the redacted version is attached hereto.

                                            Respectfully submitted,

                                           _____/s_____
                                           Stephanie Carvlin

# EXHIBIT JJJ

# NEUROPSYCHIATRIC AND COUNSELING ASSOCIATES, P.C.

9020 Stony Point Parkway, Suite 240
Richmond, Virginia 23235
Telephone: (804) 282-5236
Fax: (804) 282-5547

Mariano M. Piedra, M.D.
Rajinderpal Singh, M.D.

Kathy Bryant, FNP-BC
Melissa Hale, AGNP-C

September 29, 2020

The Honorable Gregory H. Woods
United States District Court,
Southern District of New York,
500 Pearl Street,
New York, New York 10007

Re: Dr. Natalie Mayflower Sours Edwards

Your Honor,

I am a Board certified psychiatrist licensed to practice medicine in the Commonwealth of Virginia. Dr. Edwards has been under my care since October 30, 2018 for management of Major Depression, Generalized Anxiety Disorder, and Chronic Persistent Insomnia. Dr. Edwards has experienced significant hardship and stress as a result of work-related issues and legal ramifications. She has suffered significant psychological, social, physical, and financial distress and has developed a multitude of symptoms including: Anxiety with Panic attacks
Depression
Persistent sleep problems causing early, middle, and terminal insomnia
Irritability
Difficulty with focus, attention span, and concentration
Difficulty making decisions



Rapid heart rate

Sadness and sense of hopelessness



Her current situation has impacted greatly on every aspect of her life including personal, family, occupation, financial, social, and physical functioning. Dr. Edwards has been compliant with the treatment protocol and has been sincere and forthcoming and has provided consistent information without evidence of malingering or dramatization. Dr. Edwards is a remarkably honest, dedicated, and responsible individual who is caring to a fault and seems to worry most

about the safety and well-being of others, especially her daughter, husband, and parents.

Sincerely,

Mariano Piedra, MD
Va license: 0101036168