```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA,                                  :
                                                               :
                                                               :
                     -v-                                       :      1:19-cr-0064-GHW
                                                               :
                                                               :
    NATALIE SOURS EDWARDS,                                     :      ORDER
                                     Defendant.                :
-------------------------------------------------------------- :
                                                               X
```

GREGORY H. WOODS, United States District Judge:

A sentencing hearing is scheduled in this matter on January 19, 2021 at 9:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public who wish to audit the proceeding may do so using the following dial-in information:  (888) 557-8511; Access Code:  7470200.

SO ORDERED.

Dated:  November 5, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge