# EXHIBIT A – REDACTED MEDICAL DIAGNOSIS OR TREATMENT