# LAW OFFICE OF

## STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.　　　　　　　　　　　　　　　　　　　TELEPHONE: 212-748-1636
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX: 212-858-7750
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-MAIL: CARVLIN@HOTMAIL.COM

January 8, 2021

Honorable Gregory H. Woods
United State District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

　　　　Re:　*United States v. Natalie Mayflower Sours Edwards*,
　　　　　　　19-cr-00064 (GHW)

Dear Judge Woods:

　　　　After conferring with the government, I write in response to the Court's order filed January 7, 2021, to suggest mutually agreeable dates for Dr. Edwards' sentencing. The parties propose that sentencing occur on March 24, 25 or 26, 2021, or any day the week of March 29, 2021. Dr. Edwards wants to be sentenced in person, and it appears more likely that two months from now travel restrictions, including quarantine requirements, will be relaxed. Depending on the speed with which vaccinations become available to the general public, it is also possible that Dr. Edwards and I will have been vaccinated, which would permit us to meet in person to discuss her sentencing, which has not been feasible to date.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Stephanie Carvlin

cc:　　AUSA Kimberly J. Ravener (via ECF)
　　　　AUSA Daniel C. Richenthal