```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2021
```

# MEMORANDUM ENDORSED

## LAW OFFICE OF

### STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

January 8, 2021

Honorable Gregory H. Woods
United State District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

Re:  *United States v. Natalie Mayflower Sours Edwards*,
19-cr-00064 (GHW)

Dear Judge Woods:

After conferring with the government, I write in response to the Court's order filed January 7, 2021, to suggest mutually agreeable dates for Dr. Edwards' sentencing. The parties propose that sentencing occur on March 24, 25 or 26, 2021, or any day the week of March 29, 2021. Dr. Edwards wants to be sentenced in person, and it appears more likely that two months from now travel restrictions, including quarantine requirements, will be relaxed. Depending on the speed with which vaccinations become available to the general public, it is also possible that Dr. Edwards and I will have been vaccinated, which would permit us to meet in person to discuss her sentencing, which has not been feasible to date.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc:   AUSA Kimberly J. Ravener (via ECF)
      AUSA Daniel C. Richenthal

---

Application granted. The sentencing is adjourned to April 2, 2021 at 10:00 a.m. Because it is unclear how the restrictions associated with COVID-19 will evolve between now and the adjourned sentencing date, the parties should feel free to request a further adjournment of this date if they believe that one is warranted.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 94.

GREGORY H. WOODS
United States District Judge

SO ORDERED
January 9, 2021