UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                   -v-                               1:19-cr-064-GHW

    NATALIE SOURS EDWARDS,             ORDER

                           Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     It is hereby ORDERED that the sentencing hearing currently scheduled for April 2, 2021 is adjourned to May 20, 2021 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200.

     SO ORDERED.

Dated: February 16, 2021

                                                           GREGORY H. WOODS
                                                      United States District Judge