UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                    :
  UNITED STATES OF AMERICA,             :
                                                    :
                          -v-                             :
                                                    :                   1:19-cr-064-GHW
                                                    :
  NATALIE SOURS EDWARDS,               :                      ORDER
                                                    :
                                        Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      It is hereby ORDERED that the sentencing hearing currently scheduled for May 20, 2021 is adjourned to June 3, 2021 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: May 10, 2021
       New York, New York

                                                                 GREGORY H. WOODS
                                                       United States District Judge