# Inner City Press

June 14, 2021

By E-mail to WoodsNYSDChambers@nysd.uscourts.gov

Hon. Gregory H. Woods, United States District Judge
Southern District of New York, 500 Pearl Street New York, NY 10007

Re: Press and Public Access to submissions in US v. Edwards, 19-cr-64 (GHW)

Dear Judge Woods:

   I write for a second time pursuant to your June 6, 2021 order and in supplemental support of the July 21, 2021 application for press and public access to submissions to this Court by defendant Natalie Mayflower Sours Edwards, that triggered a judicial conference.

   Those submissions, which the US references in its filing of today's date, were also referred to by the defendant at sentencing. While not entirely clear, she appeared to thank the Court not only for considering but also acting on her submission. That would seem to make them judicial documents - and the decision to the contrary should be reconsidered in light of what was said at sentencing.

   The US Attorney's Office which stood by as those submissions were sealed now refers to them as relevant background to its filed of MSPB documents it does not want sealed. Both sets of documents should be public: the MSPB filing already in the public docket, and the defendant's submission which remain, for now, sealed.

   Tellingly, the defendant wants both sets of documents withheld from the press and public; the US wants what it made public to remain so, but is indifferent to the sealing of defendant's submissions it already saw. The Press wants both sets of documents made part of the record. See *US v. Gerena*, 869 F.2d 82 (2d Cir. 1989)

   For consistency, and to provide transparency into what the defendant was thanking the Court for during her sentencing, all of the records should be made public and part of the docket, as should this application / opposition.

 Respectfully submitted,
/s/
Matthew Russell Lee, Inner City Press

cc: carvlin@hotmail.com, daniel.richenthal@usdoj.gov

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017