# MEMORANDUM ENDORSED

**LAW OFFICE OF**
**STEPHANIE M. CARVLIN, ESQ.**
140 Broadway, Suite 4610
New York, New York 10005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2021

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-608-9499
E-MAIL: CARVLIN@HOTMAIL.COM

July 29, 2021

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Natalie Mayflower Sours Edwards*
           19-cr-00064 (GHW), Surrender Date

Dear Judge Woods:

    After sentencing Dr. Sours Edwards to a six-month term of incarceration on June 3, 2021, the Court granted my application to permit her to self-surrender. The Court set a surrender date of August 2, 2021. I write to ask the Court to extend the date for Dr. Sours Edwards to surrender so she can obtain necessary medical treatment in the best manner possible.

    As reflected on the July 27, 2021, letter from her surgeon, Dr. Evan R. Reiter, regarding Dr. Sours Edwards "reporting to Bureau of Prisons for custody," Dr. Sours Edwards had ███████████████████████████ However, in a follow-up visit with Dr. Sours Edwards on July 20, 2021, Dr. Reiter ███████████████████████████

---

    [1]This letter is addressed to the Court. It was faxed to me yesterday, July 28, 2021.

Exhibit A. Dr. Edwards has a follow-up visit scheduled with Dr. Reiter on August 31, 2021. I ask that the Court postpone Dr. Edwards' surrender date until after her August 31, 2021, appointment with Dr. Reiter so she can obtain "the required medical care" from him. Exhibit A. Immediately following that appointment, I would again write to the Court and provide further information about Dr. Sours Edwards' healing. I anticipate that a specific surrender date could then be set.

I have consulted with the government about this issue. The government opposes this requests and intends to file a written opposition with the Court.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

Application granted in part. The defendant's surrender date is adjourned to September 3, 2021. The defendant should not expect further extensions.

The defendant is directed to submit any response to the application dated June 2, 2021, Dkt. No. 102, no later than August 15, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 106.

SO ORDERED.
Dated: July 31, 2021
New York, New York

GREGORY H. WOODS
United States District Judge