# Inner City Press

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/2021

August 16, 2021

By E-mail to Chambers

Hon. Gregory H. Woods, United States District Judge
Southern District of New York, 500 Pearl Street New York, NY 10007

Re: Press and Public Access to submissions in US v. Edwards, 19-cr-64 (GHW)

Dear Judge Woods:

 I write for a third time pursuant to your June 6, 2021 order and in supplemental support of the July 21, 2021 application for press and public access to submissions to this Court by defendant Edwards, that triggered a judicial conference.

 To keep this brief: in yesterday's submission Edwards' CJA counsel chides Inner City Press for not quoting from a transcript she has access to, but which is (later) 10 cents a page on PACER with no $3 cap. Nevertheless, see quote below.

 Bigger picture, it is Inner City Press' position that the moment the defendant thanked the court for considering the letter, it became imperative they be unsealed.

As the case law make clear, eschewing sealing / secrecy of court files is to make the operations of courts transparent to the public, outside of any assurance that a document the defendant (or prosecutor) submits and thanks a judge for considering was or was not acknowledged by the judge as having been considered.

By analogy, it's also about the *appearance* of propriety, not some personal or private certainly. See, e.g., *Press-Enterprise Co. v. Superior Court of Calif., Riverside County*, 464 U.S. 501 at 508 (1984) ("Openness thus enhances both the basic fairness of the criminal trial and the appearance of fairness so essential to public confidence in the system"). See also, *Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555 (1980); *CBS, Inc. v. District Court*, 765 F.2d 823 (9th Cir. 1985); *U.S. v. Milken*, 780 F.Supp. 123 (S.D.N.Y. 1991).

Here now the quote from the transcript (Dkt 104), Page 38: THE DEFENDANT: "You, your Honor, you have shown good faith in **your response** to my letter to your chambers, and for that, I would like to thank you."

The letter(s) should be made public and part of the docket as should this application / opposition.

 Respectfully submitted,
/s/
Matthew Russell Lee, Inner City Press

cc: carvlin@hotmail.com, daniel.richenthal@usdoj.gov
Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017