UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : **NOTICE OF MOTION** |
| | : 19-cr-0064 (GHW) |
| NATALIE MAYFLOWER SOURS EDWARDS, | : |
| Defendant. | : |
| | : |

-----------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Stephanie Carvlin and the Memorandum of Law in support of this Motion, Natalie Mayflower Sours Edwards hereby moves this Court for an Order reducing her sentence to time served pursuant to 18 U.S.C. §3582(c)(1)(A)(i).

Dated:   January 3, 2022
         New York, New York

                                        Respectfully submitted,

                                        _____/s/_____
                                        Stephanie M. Carvlin
                                        Counsel for Natalie Mayflower Sours Edwards

cc:   AUSA Kimberly J. Ravener
      AUSA Daniel C. Richenthal (via ECF)