

U. S. Department of Justice

Federal Bureau of Prisons

Federal Prison Camp

Glen Ray Road, Box A
Alderson, West Virginia 24910

September 30, 2021

*Office of the Warden*

Natalie Sours Edwards
92703-083
FPC Alderson
Glen Ray Road, Box A
Alderson, WV 24910

Re: Compassionate Release Request

Dear Ms. Sours Edwards:

Your request for Reduction in Sentence (RIS)/Compassionate Release based on concerns about COVID-19 and having a debilitating medical condition, received on September 10, 2021 has been reviewed. After careful consideration, your request is denied. Please note that RIS is a separate program from the changes to home confinement eligibility in response to the Coronavirus Aid, Relief, and Economic Security Act (CARES Act).

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the Bureau of Prisons (BOP), to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Your medical records have been evaluated to determine if you have any conditions that meet the criteria for any of the medical related RIS categories. You do not have any medical conditions or level of functioning that meet the criteria for the categories as set forth in policy. The debilitated medical condition category of RIS requires that you have a debilitating illness or injury from which you will not recover that renders you only capable of limited self-care and confined to a bed or chair more than 50% of your waking hours. Accordingly, your RIS request is denied at this time.

You have the right to appeal this decision via the Administrative Remedy Procedure as outlined in policy.

Sincerely,

M. Carver, Warden

cc: Unit Team