# EXHIBIT B

## (REDACTED – MEDICAL DIAGNOSIS OR TREATMENT)