# EXHIBIT C

## (REDACTED – MEDICAL DIAGNOSIS OR TREATMENT)