# EXHIBIT D

## (REDACTED – MEDICAL DIAGNOSIS OR TREATMENT)