# LAW OFFICE OF

## STEPHANIE M. CARVLIN, ESQ.

140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

November 25, 2021

Via: email

Warden S. Napier
FPC Alderson
1 Glen Ray Road
Alderson, WV 24910

Re: Medical Care – inmate Natalie Mayflower Sours Edwards,
    Reg. #92703-083

Dear Warden Napier:

I am counsel for inmate Natalie Mayflower Sours Edwards (Reg. # 92703-083). I write to request immediate assistance for my disabled client, Natalie Mayflower Sours Edwards. Dr. Edwards advises me that prior to her arrival at FPC Alderson, she was prescribed a hearing aid by Dr. Hill, an audiologist in the Mechanicsville, Virginia area. Dr. Edwards brought the hearing aid and related equipment (sensors, extra batteries) with her when she surrendered. She was told she could not bring those items into the facility but had to meet with the provider at Alderson to obtain a hearing aid. The batteries that Alderson has provided have never functioned properly. On November 12, 2021, a piece of the hearing aid detached and got stuck in Dr. Edwards' ear.  She was seen by health services provider Dr. Dickenson at Alderson, and the piece was removed. The piece again detached that same day and again had to be removed. While this problem was solved for the time being, the batteries provided with the hearing aid are beyond their expiration dates, which she advises me are 2016 and 2017, respectively. The batteries no longer hold a charge for any length of time. Dr. Edwards now is essentially without a working hearing aid. This prevents her from functioning normally in the prison environment and from participating in programs

and activities offered by Alderson. Her inability to hear properly is dangerous as well.

Dr. Edwards' hearing impairment constitutes a disability within the meaning of BOP Program Statement 5200.05 (October 27, 2017): An impairment that substantially limits an individual from performing major life activities. Policy Statement 5200.05 (2.)("Types of disabilities include but are not limited to ... hearing[.]" *Id.* ) Prisoners in federal prisons also are protected by §503 of the Rehabilitation Act of 1973, 29 U.S.C. §794(a).

The BOP should provide an appropriate accommodation, in this case, a hearing aid with functioning batteries. (Accommodations may include, but are not limited to ... assistive devices of technologies[.]" Program Statement 5200.05 at 10, page 9.

I ask that Dr. Edwards be provided a working hearing aid immediately.

Sincerely,

Stephanie Carvlin