Sent from Outlook

**From:** Stephanie Carvlin
**Sent:** Friday, September 3, 2021 9:49 AM
**To:** Drenick▓
**Subject:** New inmate, Dr. Natalie Mayflower Sours Edwards, Reg. # 92703-083

I am counsel for Dr. Natalie Mayflower Sours Edwards. Dr. Edwards has been designated to FPC Alderson to serve a six-month term of incarceration for her conviction in the Southern District of New York under docket 19-cr-0064 (GHW). She is due to surrender today, September 3, 2021. While I understand that Alderson will perform its own health evaluation of Dr. Edwards on her admission, I write to provide you with her recent medical records and information about her health.

I'm attaching three documents. One is dated September 2, 2021, and is entitled, "My Health Information." This reflects Dr. Edwards' current medications, her current allergies and her health issues. The second document is a form entitled, "Patient First Consolidated Continuity of Care Document." This record, which contains the results of recent blood work, documents Dr. Edwards' historical "problem list", allergies (and adverse reactions) and, most significantly, contains information about her most recent visit on August 25, 2021. (Several of Dr. Edwards' health issues are document in her Presentence Investigation Report, as well.) The assessment notes, among other things, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The third document, also from Patient First, is an email sent to Dr. Edwards on September 1, 2021. This email reflects a referral to Dr. Stephen Bickson, an MD who is affiliated with the Division of Gastroenterology, Hepatology and Nutrition at Virginia Commonwealth University School of Medicine.

Given that Dr. Edwards will be incarcerated, she will be dependent on Alderson to provide the necessary diagnosis and treatment, particularly related to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thank you for your attention to this issue.

Stephanie Carvlin

**917-549-0873**